## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| JESSICA RICKABAUGH, | : No. 82 WM 2014 |
| Petitioner | : |
| v. | : |
| HON. NORMAN A. KRUMENACKER, III, JUDGE OF THE COURT OF COMMON PLEAS OF CAMBRIA COUNTY, PENNSYLVANIA, | : |
| Respondent | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 12th day of January, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**. The Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.